**(c) Attorneys (Firm Name, Address, and Telephone Number)**

<u>Towards Justice</u>
David Seligman
Juno Turner
Natasha Viteri
PO Box 371680, PMB 44465
Denver, CO 80237-5680
(720) 441-2236

<u>RAISNER ROUPINIAN LLP</u>
Jack A. Raisner
René S. Roupinian
Gail C. Lin
270 Madison Avenue, Suite 1801
New York, New York 10016
(212) 221-1747